No. 80–901. DONOVAN, SECRETARY OF LABOR *v.* DEWEY ET AL. D. C. E. D. Wis. [Probable jurisdiction noted *sub nom. Marshall* v. *Dewey,* 449 U. S. 1122.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 80–6139. IN RE GRIFFIN. Petition for writ of mandamus denied.

No. 80–1045. JACKSONVILLE BULK TERMINALS, INC., ET AL. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN. ET AL. C. A. 5th Cir. Certiorari granted.

No. 80–1285. BROWN *v.* HARTLAGE. Ct. App. Ky. Certiorari granted.

No. 79–2010. MARK-GARNER ASSOCIATES, INC. *v.* BENSALEM TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–798. MCFARLAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–928. PARKS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 80–941. LOMAS & NETTLETON FINANCIAL CORP. ET AL. *v.* CLARK ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–991. GEORGE *v.* KAY. C. A. 4th Cir. Certiorari denied.

No. 80–993. PATTERSON ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.